UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>              Plaintiff,<br><br>       v.<br><br>SCOTT KERNAN, et al.,<br><br>              Defendants. | No.  2:17-cv-1764 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff claims that defendants conspired to retaliate against him because he named them as defendants in prior lawsuits.

Presently before the court is plaintiff's motion seeking to vacate or stay the deposition presently set for March 4, 2021.  (ECF No. 60.)  Therein, plaintiff alleges that: (1) he does not have all the documents he needs to bring to the deposition; (2) he is concerned that leaving his cell and reporting to the designated room where he is to participate in the deposition via videoconferencing presents an undue risk of contracting COVID-19; and (3) his hearing disability has not been adequately accommodated in order for him to meaningfully participate in the deposition.  The court will direct counsel for defendants to file a response to plaintiff's motions addressing the concerns outlined above.

////

1

    Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order defendants shall file and serve a response to plaintiff's motion to vacate and stay the deposition (ECF No. 60).

Dated: February 19, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/walk1764.depo

2