1
2
3
4
5
6                           UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9     G. DANIEL WALKER,                          No.  2:17-cv-1764 KJM DB P

10                   Plaintiff,

11         v.                                     FINDINGS AND RECOMMENDATIONS

12    SCOTT KERNAN, et al.,

13                   Defendants.

14

15          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

16    action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants conspired to retaliate against

17    him because he named them as defendants in lawsuits.  Presently before the court is plaintiff's

18    notice of voluntary dismissal.  (ECF No. 71.)

19          "Rule 41(a)(2) provides that after a defendant has filed an answer, a plaintiff may

20    voluntarily dismiss a claim only upon an order of the court."  U.S. ex rel Stone v. Rockwell

21    Intern. Corp., 282 F.3d 787, 810 (10th Cir. 2002) (citing Ohlander v. Larson, 114 F.3d 1531,

22    1536-37 (10th Cir. 1997)).  The rule further provides that "[u]nless otherwise specified in the

23    order, a dismissal under this paragraph is without prejudice."  Fed. R .Civ. P. 41(a)(2).  The court

24    should ordinarily grant a motion for voluntary dismissal under Rule 41(a)(2), unless it will

25    prejudice a defendant.  Ohlander, 114 F.3d at 1537. Defendants[1] Green, Kumar, Martello, and

26    

27    _____
      [1] The undersigned recommended that the remaining defendants be dismissed on screening the
28    second amended complaint.  (ECF No. 28.)  Those findings and recommendations remain
      pending before the district court.

1   Muniz have indicated that they do not oppose dismissal.  (ECF No. 72.)  Thus, the court will

2   recommend that this action be dismissed.

3          Accordingly, IT IS HEREBY RECOMMENDED that:

4          1.   Plaintiff's rule 41 motion for voluntary dismissal (ECF No. 71) be granted;

5          2.   This action is dismissed without prejudice.

6          These findings and recommendations are submitted to the United States District Judge

7   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after

8   being served with these findings and recommendations, any party may file written objections with

9   the court and serve a copy on all parties. Such a document should be captioned "Objections to

10  Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed

11  and served within fourteen days after service of the objections. The parties are advised that failure

12  to file objections within the specified time may waive the right to appeal the District Court's

13  order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14  Dated:  July 28, 2021

15

16

17                              DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE
18

19

20

21  DLB:12
    DB/DB Prisoner Inbox/Civil.Rights/R/walk1764.vol.dism
22

23

24

25

26

27

28